```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/16/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX CICCOTELLI,

                Plaintiff,

-against-

TRANSLATE BIO, INC., RONALD C. RENAUD, JR., GEORGE DEMETRI, ROBERT PLENGE, ROBERT MEYER, DANIELLA BECKHAM, OWEN HUGHES, BRIAN M. GALLAGHER, JR., JEAN-FRANÇOIS FORMELA, SANOFI, and VECTOR MERGER SUB, INC.,

                Defendants.

21 Civ. 7060 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate the following actions: 21 Civ. 6895; 21 Civ. 7062; 21 Civ. 7098; 21 Civ. 7239; 21 Civ. 7461.  By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 29, 2021**.

    SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge